IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**GABRIEL GONZALEZ**                                                                 **PETITIONER**
Reg. #30515-112

V.                                         No. 2:24-cv-00156-JM-ERE

**C. GARRETT, Warden,**
**FCI-Forrest City**                                                                 **RESPONDENT**

### JUDGMENT

Pursuant to the Order entered today, it is hereby CONSIDERED, ORDERED, and ADJUDGED that his action is DISMISSED WITHOUT PREJUDICE.

DATED this 25th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE